UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: _____ |
| | : | |
| | : | Chapter: _____ |
| | : | |
| Debtor(s) | : | |
| _____ | : | |

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following proposed Notice of :

❏    Abandonment

❏    Public Sale

❏    Private Sale

❏    Settlement of Controversy

Description of Property:

JAMES J. WALDRON, Clerk

Date: _____