UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: _____ |
|---|---|
|  | Judge: _____ |
|  | Chapter: _____ |

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that _____ is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is _____ .


DATED: _____

                                                         Judge, United States Bankruptcy Court


**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____ , 20 \_\_\_\_\_, a copy of the foregoing Order was served on the following: Trustee.

                                                        JAMES J. WALDRON, Clerk